# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142205

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DENNIS MICHAEL SALERNO,
          Defendant-Appellant.

SC: 142205
COA: 300249
Ingham CC: 02-000217-FC

_____/

      On order of the Court, the application for leave to appeal the November 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

h0418